# United States District Court

WESTERN DISTRICT OF WASHINGTON

EMIL HERMAN HAAG

JUDGMENT IN A CIVIL CASE

v.

CITY OF LAKEWOOD, a municipal corporation

CASE NUMBER: C09-5060KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Defendants' Motion for Summary Judgment (Dkt. 22) is hereby **GRANTED** and all of the Plaintiff's claims against all the Defendants are hereby **DISMISSED WITHOUT PREJUDICE.**

| | |
|---|---|
| July 28, 2009 | BRUCE RIFKIN |
| Date | Clerk |

 *s/CM Gonzalez*
 Deputy Clerk